

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Attentive Mobile Inc.** |
| Bankruptcy Case: | **Packable Holdings, LLC** |
| Preference Period: | **May 30, 2022 - Aug 28, 2022** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Pharmapacks, LLC | Pharmapacks, LLC | PCard:1500001555 | $12,378.47 | 6/10/2022 | INV56216 | 5/31/2022 | $12,378.47 |
| **Totals:** | | **1 transfer(s),** | **$12,378.47** | | | | |